Kent L. Hawkins
**MERRILL & MERRILL, CHARTERED**
109 North Arthur - 5th Floor
P.O. Box 991
Pocatello, ID 83204-0991
(208) 232-2286
(208) 232-2499 Telefax
**khawk@merrillandmerrill.com**
Idaho State Bar #3791
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

JAYDE HOOVER, individually, and as legal guardian and parent of M. HOOVER, minor

Plaintiffs,

vs.

Gary Call, individually,

Defendant.

Case 4:16-cv-00479-BLW

**DEFENDANT'S ANSWER AND DEMAND FOR JURY TRIAL**

COMES NOW, Defendant, Gary Call, by and through his attorneys, Merrill & Merrill, Chartered, in the above entitled matter and answers the Complaint and Demand for Jury Trial as follows:

1. Defendant denies each and every allegation contained in the Complaint which is not specifically admitted herein, including all allegations contained in any introductory paragraphs, interceding paragraphs or in the prayer for relief.

2. Defendant admits the allegations contained in paragraphs 2, 4, 9 and 10.

3. Defendant lacks knowledge or information of the claim of diversity made in Paragraph 1 and 3 and therefore preserves a denial of the subject matter jurisdiction of this

court.

4. Defendant admits the allegations in paragraph 5 and 11, except that defendant lacks knowledge or information of the following words "riding securely in her car seat" and "safely" and "safely secured" describing the car seat, and therefor denies those parts of paragraph 5 and 11, but admits the remaining general statement of facts, including that M. Hoover was in a car seat.

5. Defendant admits the factual allegations in paragraph 6, <u>except</u> specifically denies the words and phrases: "drove directly," "high rate of speed," "t-boned," "carelessly, recklessly," "recklessly," "carelessly," and "reckless," all of which are denied.

6. As to paragraph 17, Defendant admits that he was issued a citation for a violation of § 41-1401(1) and that he entered an admission of guilt to violating that statute. Defendant denies that his conduct at the time of the accident was reckless; and denies that it constitutes negligence per se–the plea of guilty represents only the Defendant's desire to pay the fine rather than endure having to defend himself in a criminal proceeding. Thus, Defendant denies operating his vehicle in a reckless manner based on the fact that he suffered a diabetic incapacitation prior to the accident.

8. Without admitting that in Idaho a defendant has an affirmative duty to prove an unexpected medical emergency (such as a diabetic reaction that causes a blackout) as the cause of an accident, Defendant asserts that he is a diabetic who suffered a severe insulin reaction shortly prior to the accident, essentially a complete mental black out, which incapacitated him completely. Defendant is a well-regulated diabetic and had never been incapacitated before and had no reason to think that such a reaction would happen to him, and that the likelihood of such a severe diabetic blackout was not foreseeable and a reasonable person would not have acted any differently. Defendant is therefore not liable for the damages arising out of this accident and should not be considered careless, negligent or reckless.

9. Although not an affirmative defense, Defendant specifically denies all allegations of conduct that would fit within I.C. § 6-1603(4) as "arising out of willful or reckless misconduct."

10. To the extent that Plaintiffs have been compensated by collateral sources, as provided in I.C. § 6-1606, or received a prepayment of claims by the defendant or his insurer, as provided in I.C. § 41-1840, or from any other type of source or for any other reason, Defendant is entitled to a reduction in or a credit against any judgment.

## DEMAND FOR JURY TRIAL

This Defendant hereby requests a trial by jury, even if waived by other parties.

DATED this 23 day of November, 2016.

MERRILL & MERRILL, CHARTERED

By: {S} Kent Hawkins

Kent L. Hawkins
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Kent L. Hawkins, the undersigned, one of the attorneys for the Defendant in the above-referenced matter, do hereby certify that a true, full and correct copy of the foregoing **DEFENDANT'S ANSWER AND DEMAND FOR JURY TRIAL** was this _____ day of November, 2016, served upon the following in the manner indicated below:

| | |
|---|---|
| David E. Comstock<br>John A. Bush<br>Comstock & Bush<br>P.O. Box 2774<br>Boise, Idaho 83701-2774 | [_] U.S. Mail<br>[x] E-mail: decomstock@comstockbush.com<br>[_] Overnight Delivery<br>[_] Facsimile: |
| Guy Hallam<br>Lauren Scholnick<br>Stringberg & Scholnick<br>801 W. Bannock St. Ste. 308<br>Boise, Idaho 83702 | [_] U.S. Mail<br>[x] E-mail: _____<br>[_] Overnight Delivery<br>[_] Facsimile: |

{S} Kent Hawkins

Kent L. Hawkins