UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

JAYDE HOOVER, individually,
And as legal guardian and parent of
M.H., minor,

              Plaintiff,             No. 4:16-cv-00479-SAB

  vs                                 NOTICE SETTING TELEPHONIC
                                       SCHEDULING CONFERENCE

GARY CALL,

              Defendant.

---

## TELEPHONIC SCHEDULING CONFERENCE

### DATE: February 16, 2017 at 10:00 a.m.

    **PLEASE TAKE NOTICE** that a telephonic scheduling conference will be held on the date and time noted above.  Counsel and pro se parties shall use the following information to access the call:

        PHONE NUMBER:  1-888-204-5984
        ACCESS CODE:     6790153
        SECURITY CODE:  0479

    **The use of cell phones or speaker phones during the telephonic hearing is prohibited.**  Please listen carefully and follow the automated instructions so that you can be added to the conference in a timely manner.

    Any non-governmental corporate party to an action in this court shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party shall file the statement with its initial pleading filed in the court and shall supplement the statement within a reasonable time of any change in the information.

    If the case involves a beneficial interest or claim of a minor or incompetent, the plaintiff shall petition the Court and obtain appointment by the Court of an independent guardian ad litem to represent the interest of the ward.

## THE PROVISIONS OF FED. R. CIV. P. 26 APPLY

Counsel are directed to confer in advance of the status conference with respect to the following subjects:

a. Service of process on parties not yet served;

b. Jurisdiction and venue;

c. Anticipated motions;

d. Pursuant to Rule 26 (f), Federal Rules of Civil Procedure, the parties are to meet at least 14 days before the status or scheduling conference to discuss the nature and basis of their claims and defenses, and the possibilities for a settlement of the case. The parties should also arrange for the disclosures required under Rule 26(a)(1), and develop a proposed discovery plan.

e. At the status/scheduling conference, be prepared to discuss:

1) the discovery plan, as well as the parties' recommended trial date and length of trial;

2) appropriateness of special procedures, such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

3) modification of the standard pretrial procedures due to the relative simplicity or complexity of the action or proceeding;

4) feasibility of bifurcation, or otherwise structuring sequence of the trial;

5) the prospects of settlement, addressing whether there will be a point in the litigation, short of discovery cutoff, when the parties can conduct meaningful   settlement discussions or participate in another form of alternative dispute resolution;

6) any other matters which may be conducive to the just, efficient, and economical   determination of the action or proceeding, including the definition or limitation of  issues.

The following deadline dates will be outlined in an Order after the status conference.  Be prepared to discuss these deadlines if there are any changes.

| | |
|---|---|
| Simultaneous expert disclosures | 230 days before trial |
| Rebuttal expert disclosures | 200 days before trial |
| Motion to Amend/Add Parties | 210 days before trial |
| Daubert motions | 192 days before trial |
| Discovery cutoff | 140 days before trial |
| Dispositive motions | 132 days before trial |
| Deposition designations | 45 days before trial |
| Cross designations | 28 days before trial |
| Objections to designations | 21 days before trial |
| Exhibit/Witness lists | 35 days before trial |
| Objections Exhibit/Witness lists | 28 days before trial |
| Response to Exhibit/Witness objections | 21 days before trial |
| Motions in Limine | 42 days before trial |
| Response to Motions in Limine | 36 days before trial |
| Replies to Motions in Limine | 28 days before trial |
| Pretrial Order | 21 days before trial |
| Trial Briefs, voir dire | 25 days before trial |
| Jury Instructions (Agreed/Disputed) | 25 days before trial |
| Memo object to disputed Jury Instructions | 25 days before trial |
| Pretrial Conference/Motion in Limine Hrg | 14 days before trial |

Prior to the status conference, counsel shall advise the Clerk whether all parties will consent that this case may be tried by a full-time United States Magistrate Judge.  *See,* 28 U.S.C. Section 636, as amended.

Counsel shall file with the court, not less than 7 days in advance of the conference, a joint certificate (or separate certificates) reflecting the results of their conference and the parties' position with respect to each subject of this order.  Counsel shall also file the proposed discovery plan as discussed in Fed. R. Civ. P. 26(F) within seven (7) days after the parties meet to discuss the Plan.  Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

Dated: January 31, 2017

**STANLEY A. BASTIAN**
United States District Judge

s/ Laura McClure, Courtroom Deputy

cc:  Counsel of Record