David E. Comstock, ISB No. 2455
John A. Bush, ISB No. 3925
LAW OFFICES OF COMSTOCK & BUSH
199 N. Capitol Blvd., Ste. 500
P.O. Box 2774
Boise, Idaho 83701-2774
Telephone: (208) 344-7700
Facsimile: (208) 344-7721
Email: decomstock@comstockbush.com

Guy Hallam, ISB No. 6101
STRINDBERG & SCHOLNICK
801 W. Bannock St, Ste. 308
Boise, Idaho 83702
Telephone: (208)336-1788
Facsimile: (208)287-3708
Email: guy@idahojobjustice.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAYDE HOOVER, individually, and M. HOOVER, a minor, through her legal guardian and parent, JAYDE HOOVER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>GARY CALL, individually;<br><br>　　　　　　　　　　Defendant. | Case No. 4:16-cv-00479-SAB<br>Judge Stanley A. Bastian<br><br>**JOINT CERTIFICATION OF RULE 26(F) ATTORNEY CONFERENCE** |

Plaintiffs Jayde Hoover, individually, and as legal parent and guardian of M. Hoover, a minor, by and through their attorneys of record, David E. Comstock of the Law Offices of Comstock & Bush, and Guy Hallam of Strindberg & Scholnick, and Defendant Gary Call, by and through his attorneys of record, Kent L. Hawkins of Merrill & Merrill, Chtd., pursuant to Fed. R. Civ. P. 26(F), submit this joint certification that counsel have met and conferred with respect to the subjects identified in this Court's Notice of Setting Telephonic Scheduling Conference. The following are the results and respective parties' positions:

    a.    Service of process has been completed on all parties;

    b.    Jurisdiction and venue are proper;

    c.    Anticipated motions:

Plaintiffs
- Motion to allow discovery of Defendant's personal assets;
- Motion to amend to add a claim for punitive damages.
- Motion for partial summary judgment on sudden medical emergency defense.

Defendant
- Motion in Limine regarding evidence of amount of medical expenses incurred versus amount actually paid after contractual adjustments/reductions;
- Motion in Limine regarding admissibility of Defendant's guilty plea to reckless driving;
- Motion regarding applicability of Idaho non-economic damages cap.

    d.    Pursuant to Fed. R. Civ. P. 26(f), the parties have discussed the nature and basis of their claims and defenses, initial disclosures, and developed a proposed Discovery Plan that will be submitted separately. At this time, the parties do not

anticipate any issues with regards to the preservation of discoverable information.

    e.    The parties will be prepared to discuss the proposed Discovery Plan and deadlines at the status/scheduling conference, and further agree as follows:

1) Recommended trial date: Mid to Late Summer 2018; Estimated length of trial: 10 days.

2) No special procedures are required for this case.

3) Standard pretrial procedures are appropriate.

4) This case does not warrant bifurcation or other structuring sequence.

5) Settlement discussions or other form of ADR is appropriate.

6) Counsel will continue to communicate regarding any other matters to proceed efficiently.

    f.    Plaintiffs are not consenting to have this case tried by a full-time United States Magistrate Judge. Defendant has filed his consent.

DATED this 9th day of February, 2017.

    COMSTOCK AND BUSH

    /s/ David E. Comstock

    _____
    David E. Comstock, Of the Firm
    Attorneys for Plaintiffs

DATED this 9th day of February, 2017.

    STRINDBERG & SCHOLNICK, LLC

    /s/ Guy Hallam

    _____
    Guy Hallam, Of the Firm
    Attorneys for Plaintiffs

DATED this 9th day of February, 2017.

                    MERRILL & MERRILL, CHTD.

                    /s/ Kent L. Hawkins
                    _____
                    Kent L. Hawkins, Of the Firm
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2017, I served a true and correct copy of the above and foregoing instrument, by method indicated below, upon:

| | |
|---|---|
| Kent L. Hawkins<br>MERRILL & MERRILL, CHTD.<br>1096 North Arthur – 5th Floor<br>PO Box 991<br>Pocatello, ID 83204-0991 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile – (208) 232-2499<br>☒ PACER E-Service:<br>khawk@merrillandmerrill.com |

                    /s/ David E. Comstock
                    _____
                    David E. Comstock