David E. Comstock, ISB No. 2455
John A. Bush, ISB No. 3925
LAW OFFICES OF COMSTOCK & BUSH
199 N. Capitol Blvd., Ste. 500
P.O. Box 2774
Boise, Idaho 83701-2774
Telephone: (208) 344-7700
Facsimile: (208) 344-7721
Email:  decomstock@comstockbush.com

Guy Hallam, ISB No. 6101
STRINDBERG & SCHOLNICK
801 W. Bannock St, Ste. 308
Boise, Idaho 83702
Telephone: (208)336-1788
Facsimile: (208)287-3708
Email:  guy@idahojobjustice.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAYDE HOOVER, individually, and M. HOOVER, a minor, through her legal guardian and parent, JAYDE HOOVER,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY CALL, individually;<br><br>Defendant. | Case No. 4:16-cv-00479-SAB<br>Judge Stanley A. Bastian<br><br>**PROPOSED DISCOVERY PLAN** |

The parties herein, by and through their respective attorneys of record, having met and conferred pursuant to *Fed. R. Civ. P. 26(F)*, and in advance of the status/scheduling conferenced scheduled for February 16, 2017, before the Honorable Stanley A. Bastian, United States District Judge, hereby submit their proposed discovery plan as follows.

**I.      Preservation**

    a. <u>Preservation, Proportionality & ESI:</u>  The parties have applied the proportionality standard in Rule 26(b)(1) to determine what information should be preserved and what information should not be preserved.  The parties agree that this case does not require separate ESI discovery.

**II.     Initial Disclosures**

    a. The parties agree to the requirements for disclosures under Rule 26(a), and initial disclosures will be exchanged by **March 2, 2017**.

**III.    Scope of Discovery**

    a. Discovery is necessary on the following subjects/issues:

        1. Liability;
        2. Damages;
        3. Affirmative defenses raised;
        4. Expert witness discovery.

**IV.    Discovery Boundaries**

    a. <u>Limits:</u>  The parties agree to limit the number of discovery tools as follows:

| | |
|---|---|
| Depositions: | 10 per party |
| Interrogatories: | 45 per party |
| Requests for Production: | 60 per party |

**V.     Deadlines**

    a. The deadline for the completion of fact discovery:  **September 1, 2017.**

    b. The deadline for completion of expert witness discovery:  **November 1, 2017.**

### VI.    Issue-Specific Discovery

a. *Issue-Specific Discovery.*  The parties agree that discovery should be focused first on *affirmative defenses that may be dispositive and information necessary to engage in meaningful settlement discussions*

- **Deadline for Completion of Issue-Specific Discovery**: The discovery on the issue of *affirmative defenses that may be dispositive and information necessary to engage in meaningful settlement discussions* will be completed on or before **September 1, 2017**, at which time the parties will meet to determine what needs to be done next.

b. Quick Peek:  The parties agree that a "quick peek" process pursuant to Fed. R. Civ. P. 26(b)(5) is not necessary in this case.

Counsel will act in good faith and further agree to be flexible in adopting reasonable and necessary amendments to the Discovery and Litigation Plan, if necessary.

RESPECTFULLY SUBMITTED this 15th day of February, 2017.

COMSTOCK AND BUSH

/s/ David E. Comstock

---

David E. Comstock, Of the Firm
Attorneys for Plaintiffs

STRINDBERG & SCHOLNICK, LLC

/s/ Guy Hallam

---

Guy Hallam, Of the Firm
Attorneys for Plaintiffs

MERRILL & MERRILL, CHTD.

/s/ Kent L. Hawkins

---

Kent L. Hawkins, of the Firm
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2017, I served a true and correct copy of the above and foregoing instrument, by method indicated below, upon:

| | |
|---|---|
| Kent L. Hawkins<br>MERRILL & MERRILL, CHTD.<br>1096 North Arthur – 5th Floor<br>PO Box 991<br>Pocatello, ID 83204-0991 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile – (208) 232-2499<br>☒ Email:<br>khawk@merrillandmerrill.com |

/s/ David E. Comstock
_____
David E. Comstock