# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| JAYDE HOOVER,<br><br>                              Plaintiff,<br>vs.<br><br>GARY CALL,<br><br>                              Defendant. | Case No.  4:16-cv-00479-SAB<br><br>CIVIL MINUTES<br><br>DATE: 2/16/17<br><br>LOCATION: TELEPHONIC<br><br>SCHEDULING CONFERENCE |
|---|---|

| | Judge STANLEY A. BASTIAN | |
|---|---|---|
| Laura McClure<br>**Courtroom Deputy** | 03<br>**Law Clerk** | Not Reported<br>**Court Reporter** |
| David E. Comstock<br>Thomas G. Hallam, Jr.<br>**Plaintiff's Counsel** | | Kent L. Hawkins<br><br>**Defendant's Counsel** |

[ ]  Open Court            [ ]  Chambers            [X]  Telecon

Counsel and the Court conferred regarding the status of the case and procedural matters.

The Court set a jury trial date of 7/30/18.
Additional deadlines and dates will be adopted by the Court and included in the Scheduling Order.

**Jury Trial: 7/30/18 @ 9:00 am  Pocatello/SAB** (10 Days)

**[X] ORDER FORTHCOMING**

| CONVENED: 10:00 AM | ADJOURNED: 10:20 AM | TIME: 20 MINUTES | CALENDARED [  ] |
|---|---|---|---|